1  Al Lustgarten, Bar #189503
   Lustgarten Law
2  30851 Agoura Rd # 114
   Agoura Hills, Ca 91301
   818-907-5866 (FAX) 818-461-5959
3  ATTORNEY FOR PLAINTIFF

4

                    UNITED STATES DISTRICT COURT
5              FOR THE CENTRAL DISTRICT OF CALIFORNIA

6

7  J&J SPORTS PRODUCTIONS, INC           )
                                         )
          Plaintiff,       vs.           )
8                                        )   Case No.: 2:11-CV-09397-WDK-FMO
   ELAINE ANN CHEVERAS, et al,           )
9                                        )   **RENEWAL OF JUDGMENT BY CLERK**
                                         )
          Defendant,                     )
10 _____ )

11    Based upon the application for renewal of the judgment of the original judgment, and pursuant to F.R.C.P. 69(a) and

12 C.C.P. §683.110 through §683.320, and for good cause appearing therefore,

13    Judgment in favor of Plaintiff, J&J Sports Productions, Inc and against Defendant, Elaine Ann Cheveras,

14 individually d/b/a Lainey's Gar and Brill; Jeffrey Louis Roedl, individually d/b/a Lainey's Gar and Brill, entered on

15 December 18, 2012, be and the same is hereby renewed in the amounts as set forth below:

16        Renewal of money judgment

17           a.  Total judgment                         $      4,001.00

18           b.  Costs after judgment                   $          0.00

19           c.  Subtotal *(add a and b)*               $      **4,001.00**

20           d.  Credits                                $          0.00

21           e.  Subtotal *(subtract d from c)*         $      **4,001.00**

22           f.  Interest after judgment(.15%)          $         59.42

23           g.  Fee for filing renewal of application  $          0.00

24           h.  Total renewed judgment (add e, f and g) $    **4,060.42**

25

26   Dated: 11/16/2022              Deputy Clerk: *Sharon HallBrown*

27   KIRY K. GRAY, Executive Clerk of Court
28    United  States District Court

                      Renewal of Judgment by Clerk